| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Carl G. Anderson (Bar No. 239927)<br>  carlanderson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:     (415) 875-6600<br>Facsimile:       (415) 875-6700<br><br>Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores , California  94065<br>Telephone:     (650) 801-5000<br>Facsimile:       (650) 801-5100<br><br>Attorneys for Defendants<br>Belkin International, Inc., Cisco-Linksys LLC, D-Link Systems, Inc. and NETGEAR, Inc. | Breck E. Milde, Esq. (Cal. Bar No. 122437)<br>bmilde@terra-law.com<br>Mark W. Good, Esq. (Cal. Bar No. 218809)<br>mgood@terra-law.com<br>TERRA LAW, LLP<br>177 Park Avenue, Third Floor<br>San Jose, California 95113<br>Tel:  (408) 299-1200<br>Fax:  (408 998-4895<br><br>Edward W. Goldstein<br>egoldstein@gfpiplaw.com<br>Corby R. Vowell<br>cvowell@gfpiplaw.com<br>GOLDSTEIN, FAUCETT & PREBEG, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Tel:  (713) 877-1515<br>Fax:  (713) 877-1145<br><br>Counsel for Plaintiff OptimumPath, L.L.C. |

*[SEE SIGNATURE PAGE FOR ADDITIONAL COUNSEL LISTING]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>            Plaintiff,<br><br>      vs.<br><br>BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC.,<br><br>            Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**JOINT MOTION TO EXTEND DEADLINE TO COMPLY WITH PATENT L.R. 4-2** |

Plaintiff, OptimumPath, L.L.C. and Defendants Belkin International, Inc., Buffalo Technology (USA), Inc., Cisco-Linksys L.L.C., Compex, Inc., D-Link Systems, Inc., Netgear, Inc. and SMC Networks, Inc. (collectively, "the Parties") hereby jointly move to extend the October 7,

2009 deadline (as set in the Court's July 21, 2009 Case Management Order) to comply with Patent L.R. 4-2 until October 15, 2009.

Pursuant to the Court's July 21st Case Management Order the Parties are to exchange preliminary claim constructions and preliminary identifications of extrinsic evidence on October 7, 2009. However, the Parties are currently in discussions about seeking further extensions of certain claim constructions deadlines currently set forth in the Case Management Order. In order to allow the Parties sufficient time to confer with regard to these issues, the Parties seek an extension of the October 7, 2009 deadline. It is anticipated that this additional time will allow the Parties to reach agreement on further scheduling issues. This modest extension will not affect any other dates currently set forth in the Court's Case Management Order.

Therefore, the Parties respectfully request that the Court extend the deadline for compliance with Patent L.R. 4-2 from October 7, 2009 until and including October 15, 2009. A proposed order is submitted herewith.

Respectfully submitted,

DATED: October 7, 2009                GOLDSTEIN, FAUCETT & PREBEG, LLP


By  /s/
    Edward W. Goldstein
    Counsel for Plaintiff OptimumPath, L.L.C.

DATED: October 7, 2009                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By  /s/
    Carl Anderson

    Attorneys for Defendants
    Belkin International, Inc., Cisco-Linksys LLC,
    D-Link Systems, Inc. and NETGEAR Inc.

| | | |
|---|---|---|
| 1 | DATED: October 7, 2009 | VASQUEZ BENISEK & LINDGREN LLP |

By  /s
Richard C. Vasquez (CA SBN 127228)
RVasquez@vbllaw.com
Eric W. Benisek (CA SBN 209520)
EBenisek@vbllaw.com
Craig E. Davis (CA SBN 221356)
CDavis@vbllaw.com
Avin P. Sharma (CA SBN 233328)
ASharma@vbllaw.com
3685 Mt. Diablo Blvd., Suite 300
Lafayette, California  94549
Telephone:  (925) 627-4250
Facsimile: (925) 403-0900

Attorneys for Defendants
Buffalo Technology (USA), Inc., and
SMC Networks, Inc.

DATED:  October 7, 2009          OBLON, SPIVAK, MCCLELLAND MAIER & NEUSTADT, P.C.


By  /s
Richard D. Kelly (Pro Hac Vice)
Takahiro Miura (Pro Hac Vice)
Frank J. West (Pro Hac Vice)
Robert C. Mattson (Pro Hac Vice)
1940 Duke Street
Alexandria, VA 22314
Tel.:    (703) 413-3000
Fax:    (703) 413-2220
Email: rkelly@oblon.com
           rmattson@oblon.com
           fwest@oblon.com
           tmiura@oblon.com

Counsel forDefendant
Buffalo Technology (USA), Inc.

DATED:  October 7, 2009          STETINA BRUNDA GARRED & BRUCKER


By  /s

-3-
JOINT MOTION TO EXTEND DEADLINE TO COMPLY WITH PATENT L.R. 4-2
CASE NO. 4:09-CV-1398

02099.51359/3143437.1

|   |   |
|---|---|
| 1 | Bruce B. Brunda (CA SBN 108,898) |
| 2 | BBrunda@stetinalaw.com |
|   | Lowell Anderson (CA SBN 105,323) |
| 3 | LAnderson@stetinalaw.com |
|   | 75 Enterprise, Suite 250 |
| 4 | Aliso Viejo, California 92656 |
|   | Telephone (949) 855-1246 |
| 5 | Facsimile (925) 403-0900 |
| 6 |   |
|   | Attorneys for Defendant |
| 7 | Compex, Inc. |

      I attest that Eric Benisek, Frank West and Bruce Brunda have authorized me to sign electronically this document on their behalf.

Dated: October 7, 2009            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                               By: /s/

                                               Carl. G. Anderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., <br><br> Defendants. | CASE NO. 4:09-CV-1398-CW <br><br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE**

**TO COMPLY WITH PATENT L.R. 4-2**

CAME FOR CONSIDERATION the Joint Motion to Extend Deadline to Comply with Patent L.R. 4-2. After consideration, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to comply with Patent L.R. 4-2 is extended from October 7, 2009 until and including October 15, 2009.