UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., | |
| Plaintiff, | CASE NO. 4:09-CV-1398-CW |
| vs. | |
| BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE**

**TO COMPLY WITH PATENT L.R. 4-2**

CAME FOR CONSIDERATION the Joint Motion to Extend Deadline to Comply with Patent L.R. 4-2. After consideration, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to comply with Patent L.R. 4-2 is extended from October 7, 2009 until and including October 15, 2009.