UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., <br><br> Defendants. | CASE NO. 4:09-CV-1398-CW <br><br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE

### TO COMPLY WITH PATENT L.R. 4-2

CAME FOR CONSIDERATION the Joint Motion to Extend Deadline to Comply with Patent L.R. 4-2. After consideration, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to comply with Patent L.R. 4-2 is extended from October 7, 2009 until and including October 15, 2009.

Dated: 10/13/09



IT IS SO ORDERED
Judge Claudia Wilken