| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Carl G. Anderson (Bar No. 239927)<br>  carlanderson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores , California  94065<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>Attorneys for Defendants<br>Belkin International, Inc., Cisco-Linksys LLC, D-Link Systems, Inc. and NETGEAR, Inc. | Breck E. Milde, Esq. (Cal. Bar No. 122437)<br>bmilde@terra-law.com<br>Mark W. Good, Esq. (Cal. Bar No. 218809)<br>mgood@terra-law.com<br>TERRA LAW, LLP<br>177 Park Avenue, Third Floor<br>San Jose, California 95113<br>Tel:  (408) 299-1200<br>Fax:  (408 998-4895<br><br>Edward W. Goldstein<br>egoldstein@gfpiplaw.com<br>Corby R. Vowell<br>cvowell@gfpiplaw.com<br>GOLDSTEIN, FAUCETT & PREBEG, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Tel:  (713) 877-1515<br>Fax:  (713) 877-1145<br><br>Counsel for Plaintiff OptimumPath, L.L.C. |

*[SEE SIGNATURE PAGE FOR ADDITIONAL COUNSEL LISTING]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>            Plaintiff,<br><br>     vs.<br><br>BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC.,<br><br>            Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER** |

     Plaintiff, OptimumPath, L.L.C. and Defendants Belkin International, Inc., Buffalo Technology (USA), Inc., Cisco-Linksys L.L.C., Compex, Inc., D-Link Systems, Inc., NETGEAR, Inc. and SMC Networks, Inc. (collectively, "the Parties") hereby jointly move to amend the Court's Case Management Order (Docket No. 156). On October 7, 2009, the Parties filed a Joint

Motion to Extend Deadline to Comply with Patent Local Rule 4-2 (Docket No. 161), which the Court granted on October 13, 2009 (Docket No. 163).  In that motion, the Parties noted that they "were currently in discussions about seeking further extensions of certain claim construction deadlines currently set forth in the Case Management Order." (Docket No. 161, p. 2).  The Parties have now reached agreement as to further extensions of those deadlines and respectfully request that the Court modify the Case Management Order as follows:

| Case Management Item | Current Deadline | New Deadline |
| --- | --- | --- |
| Exchange of preliminary claim constructions and preliminary identifications of extrinsic evidence (Pat. L.R. 4.2.a-b.1): | 10/15/09 | 12/15/09 |
| Deadline to amend pleadings to add claims | 10/26/09 | 1/25/10 |
| Joint claim construction and prehearing chart (Pat. L.R. 4.3) | 11/06/09 | 1/15/10 |
| Completion of claim construction discovery (Pat. L.R. 4.4) | 12/07/09 | 3/15/10 |

The parties are stipulating to these extensions to allow for more time to prepare preliminary claim constructions and conduct claim construction discovery.  The extension of these deadlines will not affect any other dates currently set forth in the Court's Case Management Order, including the date for the claim construction hearing, which is currently set for February 17, 2011.

Therefore, the Parties respectfully request that the Court amend the Case Management Order as set forth above.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | DATED: October 15, 2009 | GOLDSTEIN, FAUCETT & PREBEG, LLP |
| 2 | | |
| 3 | | By /s/ |
| 4 | | Edward W. Goldstein<br>Counsel for Plaintiff OptimumPath, L.L.C. |
| 5 | DATED: October 15, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 6 | | |
| 7 | | |
| 8 | | By /s/<br>Carl Anderson |
| 9 | | |
| 10 | | Attorneys for Defendants<br>Belkin International, Inc., Cisco-Linksys LLC,<br>D-Link Systems, Inc. and NETGEAR Inc. |

| | |
|---|---|
| DATED: October 15, 2009 | VASQUEZ BENISEK & LINDGREN LLP |
| | By /s/ |
| | Richard C. Vasquez (CA SBN 127228) |
| | RVasquez@vbllaw.com |
| | Eric W. Benisek (CA SBN 209520) |
| | EBenisek@vbllaw.com |
| | Craig E. Davis (CA SBN 221356) |
| | CDavis@vbllaw.com |
| | Avin P. Sharma (CA SBN 233328) |
| | ASharma@vbllaw.com |
| | 3685 Mt. Diablo Blvd., Suite 300 |
| | Lafayette, California 94549 |
| | Telephone: (925) 627-4250 |
| | Facsimile: (925) 403-0900 |
| | |
| | Attorneys for Defendants |
| | Buffalo Technology (USA), Inc., and |
| | SMC Networks, Inc. |
| DATED: October 15, 2009 | OBLON, SPIVAK, MCCLELLAND MAIER & NEUSTADT, P.C. |
| | By /s/ |
| | Richard D. Kelly (Pro Hac Vice) |
| | Takahiro Miura (Pro Hac Vice) |
| | Frank J. West (Pro Hac Vice) |
| | Robert C. Mattson (Pro Hac Vice) |
| | 1940 Duke Street |
| | Alexandria, VA 22314 |
| | Tel.:   (703) 413-3000 |
| | Fax:   (703) 413-2220 |
| | Email: rkelly@oblon.com |
| | rmattson@oblon.com |
| | fwest@oblon.com |
| | tmiura@oblon.com |
| | |
| | Counsel forDefendant |
| | Buffalo Technology (USA), Inc. |
| DATED: October 15, 2009 | STETINA BRUNDA GARRED & BRUCKER |
| | By /s/ |

Bruce B. Brunda (CA SBN 108,898)
BBrunda@stetinalaw.com
Lowell Anderson (CA SBN 105,323)
LAnderson@stetinalaw.com
75 Enterprise, Suite 250
Aliso Viejo, California 92656
Telephone (949) 855-1246
Facsimile (925) 403-0900

Attorneys for Defendant
Compex, Inc.

I attest that SMC Networks, Inc., Buffalo Technology (USA), Inc., and Compex, Inc have authorized me to sign electronically this document on their behalf.

Dated: October 15, 2009            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                   By: /s/

                                   Carl. G. Anderson