UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC.,<br><br>Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER**

CAME FOR CONSIDERATION the Joint Motion to Amend the Case Management Order. After consideration, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Case Management Order is amended as follows:

| Case Management Item | Current Deadline | New Deadline |
|---|---|---|
| Exchange of preliminary claim constructions and preliminary identifications of extrinsic evidence (Pat. L.R. 4.2.a-b.1): | 10/15/09 | 12/15/09 |
| Deadline to amend pleadings to add claims | 10/26/09 | 1/25/10 |
| Joint claim construction and prehearing chart (Pat. L.R. 4.3) | 11/06/09 | 1/15/10 |
| Completion of claim construction discovery (Pat. L.R. 4.4) | 12/07/09 | 3/15/10 |

10/19

Dated: _____, 2009

_____
The Honorable Claudia Wilken
United States District Court Judge