Breck E. Milde, Esq. (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good, Esq. (Cal. State Bar No. 218809)
mgood@terra-law.com
TERRA LAW, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel:  (408) 299-1200
Fax:  (408 998-4895

Edward W. Goldstein
egoldstein@gfpiplaw.com
Corby R. Vowell
cvowell@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel:  (713) 877-1515
Fax:  (713) 877-1145
*Attorneys for Plaintiff OptimumPath, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>            Plaintiff,<br><br>     vs.<br><br>BELKIN INTERNATIONAL, INC.,<br>BUFFALO TECHNOLOGY (USA), INC.,<br>CISCO-LINKSYS L.L.C., COMPEX INC.,<br>D-LINK SYSTEMS, INC., NETGEAR, INC.<br>and SMC NETWORKS, INC.,<br><br>            Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**NOTICE OF CORRECTION** |

**NOTICE OF CORRECTION**

-1-

NOTICE OF CORRECTION
CASE NO. 4:09-CV-1398

Plantiff, OptimumPath LLC filed a motion for leave to appear Pro Hac Vice for Stephen F. Schlather ( Docket entry no. 159) on September 23, 2009 and the Judge entered the order (Docket entry no. 160) on October  2, 2009.  The document incorrectly listed Mr. Schlather's middle initial as "L" instead of "F".  The correct name should be Stephen F. Schlather.

Respectfully submitted,

Date: October 21, 2009

/s/ Edward W. Goldstein
Edward W. Goldstein
egoldstein@gfpiplaw.com
Corby R. Vowell
cvowell@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel:  (713) 877-1515
Fax:  (713) 877-1145

Breck E. Milde, Esq. (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good, Esq. (Cal. State Bar No. 218809)
mgood@terra-law.com
TERRA LAW, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel:  (408) 299-1200
Fax:  (408 998-4895

***Attorneys for Plaintiff OptimumPath, L.L.C.***

-2-
NOTICE OF CORRECTION
CASE NO. 4:09-CV-1398

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2009, I electronically filed the foregoing document with the Clerk of the Court using this court's CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered in an appearance in this action. Pursuant to General Order 45(IX)(A), the e-mail notification constitutes service to those counsel of record.

                                                  /s/ Edward W. Goldstein
                                                Edward W. Goldstein