QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
Carl G. Anderson (Bar No. 239927)
  carlanderson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
Todd M. Briggs (Bar No. 209282)
  toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores , California  94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendants
Belkin International, Inc., Cisco-Linksys L.L.C.,
D-Link Systems, Inc. and NETGEAR, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>            Plaintiff,<br><br>    vs.<br><br>BELKIN INTERNATIONAL, INC.,<br>BUFFALO TECHNOLOGY (USA), INC.,<br>CISCO-LINKSYS L.L.C., COMPEX INC.,<br>D-LINK SYSTEMS, INC., NETGEAR, INC.<br>and SMC NETWORKS, INC.,<br><br>            Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**DEFENDANTS BELKIN INTERNATIONAL, INC., CISCO-LINKSYS L.L.C.,<br>D-LINK SYSTEMS, INC. AND NETGEAR, INC.'S OPPOSITION TO PLAINTIFF OPTIMUMPATH, L.L.C.'S MOTION TO STAY** |

02099.51359/3261513.1

Case No. 4:09-CV-1398-CW
DEFENDANTS BELKIN INTERNATIONAL, INC., CISCO-LINKSYS L.L.C., D-LINK SYSTEMS, INC. AND
NETGEAR. INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY

1    For the reasons set forth in Defendant SMC Networks, Inc.'s Opposition to Plaintiff
2 OptimumPath, L.L.C.'s Motion to Stay (Doc. No. 173), Defendants Belkin International, Inc.,
3 Cisco-Linksys L.L.C., D-Link Systems, Inc. and NETGEAR, Inc. hereby oppose Plaintiff's
4 Motion to Stay.

DATED:  December 31, 2009           QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP


                                    By   /s/ Victoria F. Maroulis
                                         Victoria F. Maroulis

                                         Attorneys for Defendants
                                         Belkin International, Inc., Cisco-Linksys L.L.C.,
                                         D-Link Systems, Inc. and NETGEAR, Inc.

02099.51359/3261513.1

-2-                     Case No. 4:09-CV-1398-CW
DEFENDANTS BELKIN INTERNATIONAL, INC., CISCO-LINKSYS L.L.C., D-LINK SYSTEMS, INC. AND
NETGEAR, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY