Richard D. Kelly (admitted Pro Hac Vice) rkelly@oblon.com
Frank J. West (admitted Pro Hac Vice) fwest@oblon.com
Robert C. Mattson (admitted Pro Hac Vice) rmattson@oblon.com
Takahiro Miura (admitted Pro Hac Vice) tmiura@oblon.com
Robert S. Cabral (admitted Pro Hac Vice) rcabral@oblon.com
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
Telephone:  (703) 413-3000
Facsimile:   (703) 413-2220

Richard C. Vasquez (Bar No. 127228)
rvasquez@vbllaw.com
ASharma P. Sharma (Bar No. 233328)
ASharma@vbllaw.com
3685 Mt. Diablo Blvd. Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile:   (925) 403-0900

Attorneys for Defendant Buffalo Technology (USA), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., | CASE NO. 4:09-CV-1398-CW |
| Plaintiff, | **DEFENDANT BUFFALO TECHNOLOGY (USA), INC.'S RESPONSE TO PLAINTIFF OPTIMUMPATH, L.L.C.'S MOTION TO STAY** |
| vs. | |
| BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., | |
| Defendants. | |

Defendant Buffalo Technology (USA), Inc. neither opposes nor consents to Plaintiff OptimumPath L.L.C.'s Motion to Stay (Doc. No. 170).

DATED: December 31, 2009             RESPECTFULLY SUBMITTED BY

By:   /s/      Richard D. Kelly
Richard C. Vasquez (Bar No. 127228)
3685 Mt. Diablo Blvd. Suite 300
Lafayette, CA 94549
Telephone:  (925) 627-4250
Facsimile:   (925) 403-0900

Richard D. Kelly (admitted Pro Hac Vice)
Robert C. Mattson (admitted Pro Hac Vice)
Frank J. West (admitted Pro Hac Vice)
Takahiro Miura  (admitted Pro Hace Vice)
Robert S. Cabral  (admitted Pro Hace Vice)
**Oblon, Spivak, McClelland,
 Maier & Neustadt P.C.**
1940 Duke Street
Alexandria, Virginia 22314
Telephone:  (703) 412-7049
Facsimile:  (703) 413-2220

Attorneys for Defendant
Buffalo Technology (USA), Inc.