Bruce B. Brunda (SBN 108,898)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Defendant
COMPEX, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>    Plaintiff<br><br>vs.<br><br>BELKIN INTERNATIONAL, INC.,<br>BUFFALO TECHNOLOGY (USA), INC.,<br>CISCO-LINKSYS L.L.C., COMPEX, INC.,<br>D-LINK SYSTEMS, INC., NETGEAR,<br>INC., and SMC NETWORKS, INC.,<br><br>    Defendants | Case No. 4:09-cv-01398-CW<br><br>**DEFENDANT COMPEX, INC.'S RESPONSE TO PLAINTIFF OPTIMUMPATH, L.L.C.'S MOTION TO STAY** |

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Defendant Compex, Inc. neither opposes nor consents to Plaintiff OptimumPath L.L.C.'s Motion to Stay (Doc. No. 170).


Dated:  December 31, 2009             STETINA BRUNDA GARRED & BRUCKER


                                      By: /s/Bruce B. Brunda
                                          Bruce B. Brunda
                                          Stephen Z. Vegh
                                          Attorneys for Plaintiff
                                          Compex, Inc.


T:\Client Documents\COMPX\033L\Response to Def's Motion to Stay.doc

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371