Breck E. Milde, Esq. (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good, Esq. (Cal. State Bar No. 218809)
mgood@terra-law.com
TERRA LAW, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel:  (408) 299-1200
Fax:  (408 998-4895

Edward W. Goldstein
egoldstein@gfpiplaw.com
Corby R. Vowell
cvowell@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel:  (713) 877-1515
Fax:  (713) 877-1145
*Attorneys for Plaintiff OptimumPath, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., <br><br> Defendants. | CASE NO. 4:09-CV-1398-CW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED, by and among Plaintiff OptimumPath, LLC ("OptimumPath") and Buffalo Technology (USA), Inc. ("Buffalo") (together, the "Parties"), through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by OptimumPath's Complaint as to Buffalo, as well as all of Buffalo's counterclaims, shall be dismissed with prejudice as to each of these Parties;

(2) This Stipulation of Dismissal With Prejudice shall not serve to operate as a dismissal of any other party named as a defendant in this action; and

(3) The Parties shall bear their own costs and attorneys' fees.

| | |
|---|---|
| /s/ Edward W, Goldstein<br>Edward W. Goldstein<br>Corby R. Vowell<br>Stephen W. Abbott<br>Goldstein, Faucett & Prebeg, LLP<br>1077 West Loop South, Ste. 400<br>Houston, TX 77027<br>Telephone (713) 877-1515<br>Facsimile (713) 877-1737<br>egoldstein@gfpiplaw.com<br>cvowell@gfpiplaw.com<br>sabbolt@gfpiplaw.com<br><br>Breck E. Milde, Esq. (Bar No. 122437)<br>Mark W. Good, Esq. (Bar No. 218809)<br>TERRA LAW, LLP<br>177 Park Avenue, Third Floor<br>San Jose, California 95113<br>Tel: (408) 299-1200<br>Fax: (408998-4895<br>bmilde@terra-law.com<br>mgood@terra-law.com<br><br>**ATTORNEYS FOR PLAINTIFF OPTIMUMPATH, LLC** | /s/ Richard D. Kelley<br>Richard D. Kelley<br>Robert C. Mattson<br>Obion Spivak McCelland Maier & Neustadt, LLP<br>1940 Duke Street<br>Alexandria, VA 22314<br>Tel: 703-413-3000<br>Fax: 703-413-2220<br>fwest@obon.com<br>tmiura@oblon.com<br>rkelly@oblon.com<br>rmattson@oblon.com<br><br>Richard C. Vasquez (Bar No. 127228)<br>Avin P. Sharma (Bar No. 233328)<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd. Suite 300<br>Lafayette, CA 94549<br>Telephone:  (925) 627-4250<br>Facsimile:   (925) 403-0900<br>rvasquez@vbllaw.com<br>asharma@vbllaw.com<br><br>**ATTORNEYS FOR DEFENDANT BUFFALO TECHNOLOGY (USA), INC.** |

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served on April 22, 2010, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Edward W. Goldstein

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>  Plaintiff,<br><br>vs.<br><br>BELKIN INTERNATIONAL, INC.,<br>BUFFALO TECHNOLOGY (USA), INC.,<br>CISCO-LINKSYS L.L.C., COMPEX INC.,<br>D-LINK SYSTEMS, INC., NETGEAR, INC.<br>and SMC NETWORKS, INC.,<br><br>  Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

# **ORDER**

Before the Court is Plaintiff OptimumPath, LLC's ("OptimumPath") and Buffalo Technology (USA), Inc.'s ("Buffalo") Stipulation of Dismissal With Prejudice, which is hereby GRANTED.

Accordingly, the claims presented by OptimumPath's Complaint as to Buffalo, as well as all of Buffalo's counterclaims (if any), are hereby dismissed with prejudice as to each of these Parties only.

IT IS FURTHER ORDERED that each party shall bear its own costs.

