| | |
|---|---|
| Richard C. Vasquez (Bar No. 127228) | Edward W. Goldstein |
| Eric W. Benisek (Bar No. 209520) | Corby R. Vowell |
| Stephen C. Steinberg (Bar No. 230656) | GOLDSTEIN, FAUCETT & PREBEG, LLP |
| Avin P. Sharma (Bar No. 233328) | 1177 West Loop South, Suite 400 |
| VASQUEZ BENISEK & LINDGREN LLP | Houston, Texas 77027 |
| 3685 Mt. Diablo Blvd., Suite 300 | Tel: (713) 877-1515 |
| Lafayette, California 94549 | Fax: (713) 877-1145 |
| Tel.: (925) 627-4250 | |
| Fax.: (925) 403-0900 | Breck E. Milde, Esq. (Bar No. 122437) |
| | Mark W. Good, Esq. (Bar No. 218809) |
| Attorneys for Defendant SMC Networks, Inc. | TERRA LAW, LLP |
| | 177 Park Avenue, Third Floor |
| Charles K. Verhoeven (Bar No. 170151) | San Jose, California 95113 |
| Carl G. Anderson (Bar No. 239927) | Tel: (408) 299-1200 |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | Fax: (408) 998-4895 |
| 50 California Street, 22nd Floor | Attorneys for Plaintiff OptimumPath, L.L.C. |
| San Francisco, California 94111 | |
| Tel.: (415) 875-6600 | |
| Fax.: (415) 875-6700 | |

Victoria F. Maroulis (Bar No. 202603)
Todd M. Briggs (Bar No. 209282)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Tel.: (650) 801-5000
Fax.: (650) 801-5100

Attorneys for Defendants Belkin International, Inc., Cisco-Linksys LLC, D-Link Systems, Inc. and NETGEAR, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., | CASE NO. 4:09-CV-1398-CW |
| Plaintiff, | |
| vs. | |
| BELKIN INTERNATIONAL, INC., CISCO-LINKSYS, LLC, COMPEX, INC., D-LINK SYSTEMS, INC., NETGEAR, INC. AND SMC NETWORKS, INC., | |
| Defendants. | |

02099.51359/3536501.1

[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER   CASE NO. 4:09-CV-1398

# ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

Having considered the parties' Joint Motion to Amend the Case Management Order, the Court hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that the following deadlines in the above-captioned case are extended as follows:

| Case Management Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Completion of Claim Construction Discovery | June 14, 2010 | September 3, 2010 |
| Completion of Fact Discovery | July 16, 2010 | September 3, 2010 |
| Disclosure of Identities and Reports of Expert Witnesses | August 20, 1010 | October 8, 2010 |
| Rebuttal Expert Reports | September 3, 2010 | October 29, 2010 |
| Completion of Expert Discovery | October 8, 2010 | November 12, 2010 |

SIGNED this **15th** day of **June**, 2010.

*Claudia Wilken*
Hon. Claudia Wilken
United States District Judge