| | |
|---|---|
| 1  Richard C. Vasquez (Bar No. 127228) | Edward W. Goldstein |
|    Eric W. Benisek (Bar No. 209520) | Corby R. Vowell |
| 2  Stephen C. Steinberg (Bar No. 230656) | GOLDSTEIN, FAUCETT & PREBEG, LLP |
|    Avin P. Sharma (Bar No. 233328) | 1177 West Loop South, Suite 400 |
| 3  VASQUEZ BENISEK & LINDGREN LLP | Houston, Texas 77027 |
|    3685 Mt. Diablo Blvd., Suite 300 | Tel:   (713) 877-1515 |
| 4  Lafayette, California  94549 | Fax:   (713) 877-1145 |
|    Tel.:   (925) 627-4250 | |
| 5  Fax.:   (925) 403-0900 | Breck E. Milde, Esq. (Bar No. 122437) |
|    | Mark W. Good, Esq. (Bar No. 218809) |
| 6  Attorneys for Defendant SMC Networks, Inc. | TERRA LAW, LLP |
|    | 177 Park Avenue, Third Floor |
| 7  Charles K. Verhoeven (Bar No. 170151) | San Jose, California 95113 |
|    Carl G. Anderson (Bar No. 239927) | Tel:   (408) 299-1200 |
| 8  QUINN EMANUEL URQUHART OLIVER & | Fax:   (408) 998-4895 |
|    HEDGES, LLP | |
| 9  50 California Street, 22nd Floor | Attorneys for Plaintiff OptimumPath, L.L.C. |
|    San Francisco, California  94111 | |
| 10 Tel.:   (415) 875-6600 | |
|    Fax.:   (415) 875-6700 | |
| 11 | |
|    Victoria F. Maroulis (Bar No. 202603) | |
| 12 Todd M. Briggs (Bar No. 209282) | |
|    QUINN EMANUEL URQUHART OLIVER & | |
| 13 HEDGES, LLP | |
|    555 Twin Dolphin Drive, Suite 560 | |
| 14 Redwood Shores , California  94065 | |
|    Tel.:   (650) 801-5000 | |
| 15 Fax.:   (650) 801-5100 | |
| 16 Attorneys for Defendants Belkin International, | |
|    Inc., Cisco-Linksys LLC, D-Link Systems, Inc. | |
| 17 and NETGEAR, Inc. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| OPTIMUMPATH, L.L.C., | CASE NO. 4:09-CV-1398-CW |
| Plaintiff, | |
| vs. | |
| BELKIN INTERNATIONAL, INC., CISCO-LINKSYS, LLC, COMPEX, INC., D-LINK SYSTEMS, INC., NETGEAR, INC. AND SMC NETWORKS, INC., | |
| Defendants. | |

02099.51359/3536501.1

[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER        CASE NO. 4:09-CV-1398

**ORDER GRANTING JOINT MOTION TO AMEND
CASE MANAGEMENT ORDER**

Having considered the parties' Joint Motion to Amend the Case Management Order, the Court hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that the following deadlines in the above-captioned case are extended as follows:

| Case Management Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Completion of Claim Construction Discovery | June 14, 2010 | September 3, 2010 |
| Completion of Fact Discovery | July 16, 2010 | September 3, 2010 |
| Disclosure of Identities and Reports of Expert Witnesses | August 20, 1010 | October 8, 2010 |
| Rebuttal Expert Reports | September 3, 2010 | October 29, 2010 |
| Completion of Expert Discovery | October 8, 2010 | November 12, 2010 |

SIGNED this **15th** day of **June**, 2010.

Hon. Claudia Wilken
United States District Judge