UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BELKIN INTERNATIONAL, INC.,<br>BUFFALO TECHNOLOGY (USA), INC.,<br>CISCO-LINKSYS L.L.C., COMPEX INC.,<br>D-LINK SYSTEMS, INC., NETGEAR, INC.<br>and SMC NETWORKS, INC.,<br><br>　　　　Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

# **ORDER**

Before the Court is Plaintiff OptimumPath, LLC's ("OptimumPath") and Compex, Inc. ("Compex") Stipulation of Dismissal With Prejudice, which is hereby GRANTED.

　　Accordingly, the claims presented by OptimumPath's Complaint as to Compex, as well as all of Compex's counterclaims (if any), are hereby dismissed with prejudice as to each of these Parties only.

　　IT IS FURTHER ORDERED that each party shall bear its own costs.



IT IS SO ORDERED
Judge Claudia Wilken