| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Charles K. Verhoeven (Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  Carl G. Anderson (Bar No. 239927)<br>  carlanderson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>  Victoria F. Maroulis (Bar No. 202603)<br>  victoriamaroulis@quinnemanuel.com<br>  Todd M. Briggs (Bar No. 209282)<br>  toddbriggs@quinnemanuel.com<br>555 Twin Dolphin Drive, Fifth Floor<br>Redwood Shores, California  94065<br>Telephone:     (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>Attorneys for Defendants Belkin International, Inc., Cisco-Linksys LLC, D-Link Systems, Inc., and NETGEAR, Inc. | Breck E. Milde, Esq. (Cal. Bar No. 122437)<br>bmilde@terra-law.com<br>Mark W. Good, Esq. (Cal. Bar No. 218809)<br>mgood@terra-law.com<br>TERRA LAW, LLP<br>177 Park Avenue, Third Floor<br>San Jose, California 95113<br>Tel:  (408) 299-1200<br>Fax:  (408 998-4895<br><br>Edward W. Goldstein<br>egoldstein@gfpiplaw.com<br>Corby R. Vowell<br>cvowell@gfpiplaw.com<br>GOLDSTEIN, FAUCETT & PREBEG, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Tel:  (713) 877-1515<br>Fax:  (713) 877-1145<br><br>Counsel for Plaintiff OptimumPath, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>         Plaintiff,<br><br>  vs.<br><br>BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC.,<br><br>         Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO FILE MOTION TO COMPEL** |

Plaintiff, OptimumPath, L.L.C. and Defendants Belkin International, Inc., Cisco-Linksys L.L.C., D-Link Systems, Inc., and NETGEAR, Inc. ("Defendants") jointly stipulate, through their counsel of record and subject to court approval, as follows:

1. The fact discovery cut-off in this case was September 3, 2010.

2. The parties are currently engaged in meet-and-confer regarding discovery issues, and are attempting to resolve their differences regarding these issues.

3. The parties agree that as to any discovery issues raised on or before Friday, September 10, 2010, a motion to compel may be filed on or before Friday, September 17, 2010—an extension of seven days beyond the motion-to-compel deadline set by Local Rule 26-2. The parties are stipulating to this extension to allow more time to meet and confer on these issues.

Respectfully submitted,

DATED: September 10, 2010          GOLDSTEIN, FAUCETT & PREBEG, LLP

                                   By  /s/
                                   Corby R. Vowell
                                   Counsel for Plaintiff OptimumPath, L.L.C.

DATED: September 10, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                   By  /s/
                                   Todd M. Briggs

                                   Attorneys for Defendants
                                   Belkin International, Inc., Cisco-Linksys LLC,
                                   D-Link Systems, Inc. and NETGEAR Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., <br><br>    Plaintiff, <br><br> vs. <br><br> BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., <br><br>    Defendants. | CASE NO. 4:09-CV-1398-CW <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE MOTION TO COMPEL**

CAME FOR CONSIDERATION the Joint Stipulation Regarding Deadline to File Motion To Compel. After consideration, the Court orders the Stipulation to be GRANTED.

The deadline to file a motion to compel regarding (1) OptimumPath's recently submitted privilege log; (2) redactions in the November 6, 2005, letter between Rusty Washburn and Andrew Tompkins; and (3) OptimumPath's responses to Defendants' Requests for Production is set to September 17, 2010.

IT IS SO ORDERED.

DATED:  September 14   , 2010

_____
Hon. Claudia Wilken
United State District Judge

ORDER GRANTING JOINT STIPULATION RE MOTION TO COMPEL DEADLINE
CASE NO. 4:09-CV-1398