UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., <br><br> Defendants. | CASE NO. 4:09-CV-1398-CW <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING THE NON-DISCOVERABILITY OF EXPERT COMMUNICATIONS**

CAME FOR CONSIDERATION the Joint Stipulation Regarding The Non-Discoverability of Expert Communications. After consideration, the Court orders the Stipulation to be GRANTED.

IT IS SO ORDERED.

DATED: __SEPTEMBER 28__, 2010

_____
Hon. Claudia Wilken
United State District Judge