Richard C. Vasquez (Bar No. 127228)
Eric W. Benisek (Bar No. 209520)
Stephen C. Steinberg (Bar No. 230656)
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, California 94549
Tel.:   (925) 627-4250
Fax.:  (925) 403-0900

Attorneys for Defendant SMC Networks, Inc.

Charles K. Verhoeven (Bar No. 170151)
Carl G. Anderson (Bar No. 239927)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel.:   (415) 875-6600
Fax.:  (415) 875-6700

Victoria F. Maroulis (Bar No. 202603)
Todd M. Briggs (Bar No. 209282)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Tel.:   (650) 801-5000
Fax.:  (650) 801-5100

Attorneys for Defendants Belkin International, Inc., Cisco-Linksys LLC, D-Link Systems, Inc. and NETGEAR, Inc.

Edward W. Goldstein
Corby R. Vowell
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel:    (713) 877-1515
Fax:   (713) 877-1145

Breck E. Milde, Esq. (Bar No. 122437)
Mark W. Good, Esq. (Bar No. 218809)
TERRA LAW, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel:    (408) 299-1200
Fax:   (408) 998-4895

Attorneys for Plaintiff OptimumPath, L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| OPTIMUMPATH, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> BELKIN INTERNATIONAL, INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., NETGEAR, INC. AND SMC NETWORKS, INC., <br><br> Defendants. | CASE NO. 4:09-CV-1398-CW |

02099.51359/3705698.1

[PROPOSED] ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER          CASE NO. 4:09-CV-1398

## ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

Having considered the parties' Joint Motion to Amend the Case Management Order, the Court hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that the following deadlines in the above-captioned case are extended as follows:

| Case Management Item | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of Identities and Reports of Expert Witnesses | October 8, 2010 | October 15, 2010 |
| Rebuttal Expert Reports | October 29, 2010 | November 5, 2010 |
| Completion of Expert Discovery | November 12, 2010 | November 19, 2010 |

SIGNED this 15th day of October, 2010.

_____
Hon. Claudia Wilken
United States District Judge