IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPTIMUMPATH LLC,

    Plaintiff,

  v.

BELKIN INTERNATIONAL INC.,

    Defendant.
_____/

No. C 09-01398 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion for Protective Order and the Motion for Leave to Take Limited Discovery are referred to a Magistrate Judge James.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 10/18/2010

                              CLAUDIA WILKEN
                              United States District Judge

cc: Sue; MEJ