UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., | CASE NO. 4:09-CV-1398-CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEPOSITION OF APPLE, INC.** |
| vs. | |
| BELKIN INTERNATIONAL, INC., CISCO-LINKSYS L.L.C., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

**STIPULATION**

Plaintiff OptimumPath, L.L.C. ("Plaintiff") and Defendants Belkin International, Inc., Cisco-Linksys LLC, D-Link Systems, Inc., NETGEAR, Inc., and SMC Networks, Inc. (collectively "Defendants"), through their counsel of record, stipulate as follows:

1. The Court granted Defendants' request to take limited discovery from third party Apple, Inc. ("Apple") on October 22, 2010, which included the deposition of Apple (Docket No. 223.)

2. The Court ordered that this discovery take place by November 30, 2010. (*Id.*) Plaintiff and Defendants were prepared to go forward with the deposition within this timeframe set by the Court.

3. Apple did not make a witness available for deposition until the week of December 6, 2010. Plaintiff learned this fact from Defense counsel. Plaintiff was not involved in the scheduling of the deposition and had no contact with Apple regarding the deposition schedule. Defendants, Plaintiff and Apple have agreed to conduct the Apple deposition on December 9, 2010.

4. Plaintiff and Defendants agree that the deadline to take Apple's third party deposition is extended up to and including December 9, 2010. Plaintiff and Defendants further agree that this extension will not affect any deadlines established by Judge Wilken, including the trial date of May 23, 2011.

DATED: November 23, 2010

                                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                      By /s/ Todd M. Briggs
                                          Todd M. Briggs
                                          Attorneys for Belkin International, Inc., Cisco-Linksys LLC, D-Link Systems, Inc. and NETGEAR, Inc.

| | | |
|---|---|---|
| DATED: November 23, 2010 | | GOLDSTEIN, FAUCETT & PREBEG, LLP |
| | | By /s/ Edward W. Goldstein |
| | | Edward W. Goldstein |
| | | Attorneys for Plaintiff OptimumPath, L.L.C. |
| DATED: November 23, 2010 | | VASQUEZ BENISEK & LINDGREN LLP |
| | | By /s/ Eric Benisek |
| | | Eric Benisek |
| | | Attorneys for Defendant SMC Networks, Inc. |

Breck E. Milde
bmilde@terra-law.com
Mark W. Good
mgood@terra-law.com
TERRA LAW, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408) 998-4895


Edward W. Goldstein
egoldstein@gfpiplaw.com
Corby R. Vowell
cvowell@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1145

Counsel for Plaintiff OptimumPath, L.L.C.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
  Todd M. Briggs (Bar No. 209282)
  toddbriggs@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores , California  94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendants Belkin International, Inc., Cisco-Linksys L.L.C., D-Link Systems, Inc., and NETGEAR, Inc.

Richard C. Vasquez
RVasquez@vbllaw.com
Eric W. Benisek
EBenisek@vbllaw.com
Craig E. Davis
CDavis@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, California  94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900

Counsel for Defendant SMC Networks, Inc.

02099.51359/3792601.1

-3-   Case No. 4:09-CV-1398-CW
STIPULATION RE EXTENDING DEADLINE FOR DEPOSITION OF APPLE, INC.

# ATTESTATION OF E-FILED SIGNATURE

I, Todd M. Briggs, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order.  In compliance with General Order 45, X.B., I hereby attest that Eric Benisek, counsel for Defendant SMC Networks, Inc., and Edward Goldstein, counsel for Plaintiff OptimumPath, have concurred in this filing.

DATED:  November 23, 2010

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: /s/ Todd M. Briggs
    Todd M. Briggs
    Attorneys for Defendants Belkin International, Inc.,  Cisco-Linksys L.L.C., D-Link Systems, Inc., and NETGEAR, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>BELKIN INTERNATIONAL, INC., CISCO-LINKSYS L.L.C., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC.,<br><br>    Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR DEPOSITION OF APPLE, INC. |

CAME FOR CONSIDERATION the Stipulation Extending Deadline for Deposition of Apple, Inc. After consideration, the Court orders the Stipulation to be GRANTED.

IT IS SO ORDERED.

DATED:  __NOVEMBER 29___, 2010

_____
Hon. Claudia Wilken
United State District Judge

02099.51359/3792596.1

[PROPOSED] ORDER GRANTING STIPULATION RE: EXTENDING DEADLINE FOR DEPOSITION OF APPLE, INC.
CASE NO. 4:09-CV-1398