**United States District Court**
**United States District Court**
For the Northern District of California
For the Northern District of California

1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

| | |
|---|---|
| OPTIMUMPATH LLC, | No. C 09-01398 CW |
| Plaintiff, | ORDER DENYING WIHOUT PREJUDICE DEFENDANTS' MOTION TO PRECLUDE PLAINTIFF FROM ASSERTING A THEORY OF INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS AND TO STRIKE PORTIONS OF DR. DAHLBERG'S EXPERT REPORT (Docket No. 225) |
| v. | |
| BELKIN INTERNATIONAL INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., NETGEAR, INC. AND SMC NETWORKS, INC., | |
| Defendants. | |
| _____/ | |

10

11

12

13

14

15

16

17

18

19

20

On November 4, 2010, Defendants filed a motion to preclude

21

Plaintiff from asserting a theory of infringement, and to strike

22

portions of Dr. Dahlberg's report discussing that theory.  Docket

23

No. 225 (Redacted Version).  The Court denies Defendants' motion

24

without prejudice because it does not comply with the Court's case

25

management order.  Docket No. 156.  As set by that order, December

26

2, 2010 is the deadline for Plaintiff to file its opening brief

27

regarding claim construction, seeking the exclusion of experts

28

1    under <u>Daubert</u>, and/or summary judgment.  Defendants are to file an

2    opposition and cross-motion in a single brief.  Defendants may

3    include their request to preclude and strike in that brief.

4        IT IS SO ORDERED.

5

6

7    Dated 11/30/2010                    

8                                        CLAUDIA WILKEN
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2

**United States District Court**
For the Northern District of California