IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUMPATH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BELKIN INTERNATIONAL INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., NETGEAR, INC. AND SMC NETWORKS, INC.,<br><br>    Defendants.<br>_____/ | No. C 09-01398 CW<br><br>ORDER DENYING WIHOUT PREJUDICE DEFENDANTS' MOTION TO PRECLUDE PLAINTIFF FROM ASSERTING A THEORY OF INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS AND TO STRIKE PORTIONS OF DR. DAHLBERG'S EXPERT REPORT<br>(Docket No. 225) |

    On November 4, 2010, Defendants filed a motion to preclude Plaintiff from asserting a theory of infringement, and to strike portions of Dr. Dahlberg's report discussing that theory. Docket No. 225 (Redacted Version). The Court denies Defendants' motion without prejudice because it does not comply with the Court's case management order. Docket No. 156. As set by that order, December 2, 2010 is the deadline for Plaintiff to file its opening brief regarding claim construction, seeking the exclusion of experts

under Daubert, and/or summary judgment.  Defendants are to file an opposition and cross-motion in a single brief.  Defendants may include their request to preclude and strike in that brief.

    IT IS SO ORDERED.

Dated 11/30/2010



CLAUDIA WILKEN
United States District Judge

2