UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

OPTIMUMPATH, L.L.C.,

             Plaintiff,

      vs.

BELKIN INTERNATIONAL, INC.,   INC.,
CISCO-LINKSYS L.L.C., D-LINK
SYSTEMS, INC., NETGEAR, INC. and
SMC NETWORKS, INC.,

             Defendants.

CASE NO. 4:09-CV-1398-CW

**JURY TRIAL DEMANDED**

**ORDER DENYING JOINT STIPULATION REGARDING USE OF VISUAL AIDS AT**

**FEBRUARY 17, 2011 HEARING**

      CAME FOR CONSIDERATION the Joint Stipulation Regarding Use of Visual Aids at February 17, 2011 hearing.   After consideration, the Court orders the Stipulation to be DENIED.

      The Court will consider only exhibits that are already part of the record.   Counsel may submit in advance of the hearing a print-out of the previously submitted exhibits to which they wish to refer during argument.

      IT IS SO ORDERED.

DATED:   February 15, 2011


_____
Hon. Claudia Wilken
United State District Judge

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION RE: USE OF VISUAL AIDS AT FEBRUARY 17, 2011 HEARING
CASE NO. 4:09-CV-1398