UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>    Plaintiff,<br><br>    vs.<br><br>BELKIN INTERNATIONAL, INC., CISCO-LINKSYS L.L.C., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC.,<br><br>    Defendants. | CASE NO. 4:09-CV-1398-CW |

**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL EXCHANGE OF DEMONSTRATIVE EXHIBITS**

CAME FOR CONSIDERATION the Stipulation and [Proposed] Order Regarding Pretrial Exchange of Demonstrative Exhibits.  After consideration, the Court orders the Stipulation to be GRANTED.

IT IS SO ORDERED.

DATED:  April 1, 2011

_____
Hon. Claudia Wilken
United State District Judge