UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., | CASE NO. 4:09-CV-1398-CW |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL (Docket No. 224)** |
| vs. | |
| BELKIN INTERNATIONAL, INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC. NETGEAR, INC. AND SMC NETWORKS, INC., | |
| Defendants. | The Honorable Claudia Wilken |

Case No. :09-CV-1398-CW
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL

Defendants Belkin International, Inc., Cisco-Linksys, LLC, D-Link Systems, Inc., and NETGEAR, Inc., and SMC Networks, Inc. (collectively "Defendants") have submitted an administrative request to seal portions of its Motion to Preclude Plaintiff From Asserting a Theory of Infringement Under the Doctrine of Equivalents and To Strike Portions of Dr. Dahlberg's Expert Report Discussing the Doctrine of Equivalents ("Motion to Preclude"), and to seal in entirety the following exhibits attached to the Declaration of David C. Currie in Support of Defendants' Motion to Preclude:

- Exhibit 7 – true and correct copy of the Expert Report of Teresa Dahlberg, Ph.D.
- Exhibit 8 – true and correct copy of OPT0073341-42 (e-mail communication, dated April 18, 2007).

The request is made on the basis that the documents sought to be sealed contain information designated as protected material pursuant to the Stipulated Protective Order entered on February 10, 2010.

Having considered Defendants' request, and good cause appearing, the Court hereby **GRANTS** Defendants' Miscellaneous Administrative Request to File Documents Under Seal and **ORDERS** that the following documents be filed under seal: portions of Defendants' Motion to Preclude and the entirety of Exhibits 7 and 8 to the Declaration of David C. Currie in Support of Defendants' Motion to Preclude.

IT IS SO ORDERED.

DATED:   9/2/2011

_____
The Honorable Claudia Wilken
United States District Judge