Breck E. Milde, Esq. (Cal. State Bar No. 122437)
bmilde@terra-law.com
Mark W. Good, Esq. (Cal. State Bar No. 218809)
mgood@terra-law.com
TERRA LAW, LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Tel: (408) 299-1200
Fax: (408 998-4895

Edward W. Goldstein
egoldstein@gfpiplaw.com
Corby R. Vowell
cvowell@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: (713) 877-1515
Fax: (713) 877-1145

*Attorneys for Plaintiff OptimumPath, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> BELKIN INTERNATIONAL, INC., BUFFALO TECHNOLOGY (USA), INC., CISCO-LINKSYS L.L.C., COMPEX INC., D-LINK SYSTEMS, INC., NETGEAR, INC. and SMC NETWORKS, INC., <br><br> Defendants. | CASE NO. 4:09-CV-1398-CW <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL (Docket No. 227) |

    Plaintiff, OptimumPath, L.L.C. has submitted an administrate request to seal portions of its Opposition to Defendants' Motion to Preclude Plaintiff From Asserting a Theory of Infringement Under the Doctrine of Equivalents and To Strike Portions of Dr. Dahlberg's Expert

[~~Proposed~~] Order Granting Administrative Request to File Documents Under Seal

- 1 -

Report Discussing the Doctrine of Equivalents ("Motion to Preclude") and to seal in entirety the following exhibits attached to the Declaration of Edward W. Goldstein in Support of Plaintiff's Opposition to Defendants' Motion to Preclude:

    Exhibit D – Excerpts from the deposition of Ah J. Wang taken on September 14, 2010, designated "CONFIDENTIAL –OUTSIDE COUNSEL ONLY".

    Exhibit E –Excerpts from the deposition of Ian Kennedy taken on August 31, 2010, designated "CONFIDENTIAL-OUTSIDE COUNSEL ONLY".

    Exhibit F –Excerpts from the deposition of David J. Henry taken on September 21, 2010, designated "CONFIDENTIAL-OUTSIDE COUNSEL ONLY".

    Exhibit G –Excerpts from the deposition of Nandan Kalle taken on September 29, 2010, designated "CONFIDENTIAL-OUTSIDE COUNSEL ONLY".

The request is made on the basis that the documents sought to be sealed contain information designated as protected material pursuant to the Stipulated Protective Order entered on February 10, 2010.

Having considered Plaintiff's request, and good cause appearing, the Court hereby GRANTS Plaintiff's Miscellaneous Administrative Request to File Documents Under Seal and ORDERS that the following documents be filed under seal: portions of Plaintiff's Opposition to Defendants' Motion to Preclude and the entirety of Exhibits D, E, F, and G to the Declaration of Edward W. Goldstein in Support of Plaintiff's Opposition to Defendants Motion to Preclude.

IT IS SO ORDERED , except that
Page 50 of Exhibit D, excerpts from the deposition of Ah J. Wang shall not be sealed.

Dated: 9/2/2011

                                        The Honorable Claudia Wilken
                                        United States District Judge

[Proposed] Order Granting Administrative Request to File Documents Under Seal