1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

7   OPTIMUMPATH, L.L.C.,

8              Plaintiff,

9         vs.

10  BELKIN INTERNATIONAL, INC., CISCO-
    LINKSYS, LLC, D-LINK SYSTEMS, INC.
11  NETGEAR, INC. AND SMC NETWORKS,
    INC.,
12
              Defendants.
13

14

CASE NO. 4:09-CV-1398-CW

**[~~PROPOSED~~] ORDER GRANTING
DEFENDANTS' MISCELLANEOUS
ADMINISTRATIVE REQUEST
PURSUANT TO CIVIL LOCAL RULES 7-
11 AND 79-5 TO FILE DOCUMENTS
UNDER SEAL (Docket No. 230)**

The Honorable Claudia Wilken

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2          Defendants Belkin International, Inc., Cisco-Linksys, LLC, D-Link Systems, Inc.,

3    NETGEAR, Inc., and SMC Networks, Inc. (collectively "Defendants") have submitted an

4    administrative request to seal portions of their Reply in Support of Motion to Preclude Plaintiff

5    From Asserting a Theory of Infringement Under the Doctrine of Equivalents and To Strike

6    Portions of Dr. Dahlberg's Expert Report Discussing the Doctrine of Equivalents.  The request is

7    made on the basis that the documents sought to be sealed contain information designated as

8    protected material pursuant to the Stipulated Protective Order entered on February 10, 2010.

9          Having considered Defendants' request, and good cause appearing, the Court hereby

10   **GRANTS** Defendants' Miscellaneous Administrative Request to File Documents Under Seal and

11   **ORDERS** that portions of Defendants' Reply to Motion to Preclude be filed under seal.

12         IT IS SO ORDERED.

13
14   DATED:   **9/2/2011**

15
16   _____
     The Honorable Claudia Wilken
17   United States District Judge

18

19

20

21

22

23

24

25

26

27

28