United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUMPATH, LLC., <br><br>   Plaintiff, <br><br>   v. <br><br> BELKIN INTERNATIONAL, INC., CISCO-LINKSYS, LLC., D-LINK SYSTEMS, INC., NETGEAR, INC. AND SMC NETWORKS, INC., <br><br>   Defendants. | No. C 09-1398 CW <br><br> ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL (Docket No. 253) |

   Plaintiff Optimumpath, LLC. moves to seal Exhibits A, B, F and P, attached to the Declaration of Corby R. Vowell in Support its Reply Brief Regarding Claim Construction and Opposition to Defendants' Motion for Summary Judgment.  Plaintiff also moves to seal the entire brief itself.  The motion is granted with respect to Exhibits A, B and F, as well as Plaintiff's brief.

   However, the Court reserves judgment as to Exhibit P, which provides excerpts from the deposition of Linda Frager.  It appears that Apple designated the Frager deposition confidential.  However, Apple has not filed a declaration in support of sealing this information, as required by Local Rule 79-5(d).  Furthermore, it is not clear that Apple has been served or otherwise notified of this motion to seal.  On or before September 9, 2011, Plaintiff shall

serve Apple this order and the motion to seal Exhibit P. In the event that Apple seeks to seal the information, it shall file a declaration in support of the motion to seal by September 16, 2011.

    IT IS SO ORDERED.

Dated: 9/2/2011

CLAUDIA WILKEN
United States District Judge