UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OPTIMUMPATH, L.L.C.,<br><br>    Plaintiff,<br><br>    vs.<br><br>BELKIN INTERNATIONAL, INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC. NETGEAR, INC. AND SMC NETWORKS, INC.,<br><br>    Defendants. | CASE NO. 4:09-CV-1398-CW<br><br>**ORDER GRANTING IN PART DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL (Docket No. 255)**<br><br><br>The Honorable Claudia Wilken |

1    Defendants Belkin International, Inc., Cisco-Linksys, LLC, D-Link Systems, Inc.,
2  NETGEAR, Inc., and SMC Networks, Inc. (collectively "Defendants") have submitted an
3  administrative request to seal the following documents or portions of documents:
4    1.   Exhibits B, C, and E attached to the Declaration of David Currie ("Currie
5  Declaration") in Support of Defendants' (1) Sur-Reply Claim Construction Brief; (2) Reply Brief
6  In Support of Motion For Summary Judgment of Non-Infringement; (3) Reply Brief In Support of
7  Motion to Preclude Reliance on the Doctrine of Equivalents; and (4) Reply Brief in Support of
8  Motion For Summary Judgment of Invalidity ("the Reply Brief"); and
9    2.   portions of the Reply Brief that disclose the contents of the above-listed Exhibits.
10   Having considered Defendants' request, and good cause appearing, the Court hereby
11 **GRANTS** Defendants' Miscellaneous Administrative Request to File Documents Under Seal and
12 **ORDERS** that the following documents be filed under seal:
13   1.   Exhibit B to the Currie Declaration, and any portions of the Reply Brief that
14 disclose the contents of that Exhibit.
15   2.   Exhibit C to the Currie Declaration, and any portions of the Reply Brief that
16 disclose the contents of that Exhibit.
17   3.   Defendants shall file Exhibit E to the Currie Declaration in the public record.
18
19   IT IS SO ORDERED.
20 DATED:  9/2/2011

                            _____
                            The Honorable Claudia Wilken
                            United States District Judge