IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUMPATH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BELKIN INTERNATIONAL, INC.; CISCO-LINKSYS, LLC.; D-LINK SYSTEMS, INC.; NETGEAR, INC.; AND SMC NETWORKS, INC.,<br><br>    Defendants.                     / | No. C 09-1398 CW<br><br>ORDER GRANTING MOTION TO SEAL |

    On September 20, 2011, the Court denied an administrative motion to seal (Docket No. 235) filed by Defendants Belkin International, Inc., Cisco-Linksys, LLC, D-Link Systems, Inc., NETGEAR, Inc., and SMC Networks, Inc. (Docket No. 295.) Defendants then moved for additional time for non-party Apple, Inc. to file a declaration in support of their motion to seal. The Court granted Defendants' request. (Docket No. 298.)

    On September 22, 2011, Apple filed a declaration in support of the motion to seal. Having considered Defendants' submissions and Apple's declaration, the Court VACATES its September 20, 2011 order (Docket No. 295) and GRANTS Defendants' motion to seal Exhibits Q, BB, MM, OO, PP and QQ and portions of Defendants' Responsive Claim Construction Motion and Cross Motion for Summary Judgment and the

1  claim chart, attached as Exhibit 4 to the Declaration of Nicholas
2  Bambos, which described those exhibits.  (Docket No. 235)
3      IT IS SO ORDERED.

6  Dated: 9/23/2011

   CLAUDIA WILKEN
7  United States District Judge

2