1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   OPTIMUMPATH, LLC,                          No. C 09-1398 CW

8            Plaintiff,                        ORDER GRANTING
                                               MOTION TO SEAL
9        v.

10  BELKIN INTERNATIONAL, INC.; CISCO-
    LINKSYS, LLC.; D-LINK SYSTEMS, INC.;
11  NETGEAR, INC.; AND SMC NETWORKS,
    INC.,
12
             Defendants.
13  _____/

14

15       On September 20, 2011, the Court denied an administrative

16  motion to seal (Docket No. 235) filed by Defendants Belkin

17  International, Inc., Cisco-Linksys, LLC, D-Link Systems, Inc.,

18  NETGEAR, Inc., and SMC Networks, Inc.  (Docket No. 295.)

19  Defendants then moved for additional time for non-party Apple, Inc.

20  to file a declaration in support of their motion to seal.  The

21  Court granted Defendants' request.  (Docket No. 298.)

22       On September 22, 2011, Apple filed a declaration in support of

23  the motion to seal.  Having considered Defendants' submissions and

24  Apple's declaration, the Court VACATES its September 20, 2011 order

25  (Docket No. 295) and GRANTS Defendants' motion to seal Exhibits Q,

26  BB, MM, OO, PP and QQ and portions of Defendants' Responsive Claim

27  Construction Motion and Cross Motion for Summary Judgment and the

28

claim chart, attached as Exhibit 4 to the Declaration of Nicholas
Bambos, which described those exhibits.  (Docket No. 235)

        IT IS SO ORDERED.


Dated: 9/23/2011                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

United States District Court
For the Northern District of California

2