RECEIVED *Filed*
APR 1 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OPTIMUMPATH, LLC,**
*Plaintiff-Appellant,*

v.

**BELKIN INTERNATIONAL INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., and NETGEAR, INC.,**
*Defendants-Appellees.*

---

2011-1458

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-1398, Judge Claudia Wilken.

---

## JUDGMENT

---

ROBERT L. REIBOLD, Walker Reibold, LLC, of Columbia, South Carolina, argued for plaintiff-appellant.

VICTORIA F. MAROULIS, Quinn Emanuel Urquhart & Sullivan, LLP, of Redwood Shores, California, argued for defendants-appellees. With her on the brief were TODD M. BRIGGS; and CHARLES K. VERHOEVEN and CARL G. ANDERSON, of San Francisco, California.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* SCHALL and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2012
Date

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 07 2012

JAN HORBALY
CLERK

ISSUED AS A MANDATE: APR 1 3 2012