NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
JUN 2 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OPTIMUMPATH, LLC,
*Plaintiff-Appellant,*

v.

BELKIN INTERNATIONAL INC., CISCO-LINKSYS, LLC, D-LINK SYSTEMS, INC., and NETGEAR, INC.,
*Defendants-Appellees.*

2011-1458

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-1398, Judge Claudia Wilken.

## JUDGMENT

ROBERT L. REIBOLD, Walker Reibold, LLC, of Columbia, South Carolina, argued for plaintiff-appellant.

VICTORIA F. MAROULIS, Quinn Emanuel Urquhart & Sullivan, LLP, of Redwood Shores, California, argued for defendants-appellees. With her on the brief were TODD M. BRIGGS; and CHARLES K. VERHOEVEN and CARL G. ANDERSON, of San Francisco, California.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* SCHALL and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 7, 2012
Date

*Jan Horbaly* /jg
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 07 2012

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** JUN 20 2012

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: _____